40578. RESERVE INSURANCE COMPANY v. DAVIS et al.

FELTON, Chief Judge. The Supreme Court on certiorari has reversed the judgment of this court on the main bill of exceptions in *Davis v. Reserve Ins. Co.*, 220 Ga. 335 (138 SE2d 657). The judgment of reversal rendered by this court on the main bill is vacated and the judgment of the trial court excepted to in the main bill of exceptions is

*Affirmed. Frankum and Pannell, JJ., concur.*

DECIDED OCTOBER 28, 1964.

*Woodruff, Savell, Lane & Williams, Edward L. Savell,* for plaintiff in error.

*Aycock, Ivey & Slotin, Phillip Slotin,* contra.